Richard Allen CLARK

v.

The STATE of Texas.

No. 28333.

Court of Criminal Appeals of Texas.

May 16, 1956.

Robert B. Billings, Dallas, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of heroin; the punishment, 10 years.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.